FRANK B. HODGKINS, Respondent, *v.* SARAH F. MEAD, Appellant.

(Argued December 8, 1891; decided December 23, 1891.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made March 21, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*F. E. Dana* for appellant.

*Henri Pressprich* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____